UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TERRY LARSEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THORNBURGH RESORT COMPANY, LLC, an Oregon limited liability company,<br><br>Defendant. | Case No. 3:12-cv-00410-BR<br><br>**AMENDED JUDGMENT OF DISMISSAL** |

Based upon the parties' Joint Stipulated Motion for Amended Judgment of Dismissal, this matter is **DISMISSED with prejudice** and without cost or attorney fees to any party.

Dated this 15th day of January, 2014.

*/s/ Anna J. Brown*
ANNA J. BROWN
United States District Judge

1- AMENDED JUDGMENT OF DISMISSAL
76878-0005/LEGAL28748841.1

Exhibit 2
Page 1 of 1